# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

U.S. District Court, Northern Illinois
219 S. Dearborn St.
Chicago, IL 60602

April 22, 2008

To Whom it May concern:

    On April 17, 2008, I e-filed a complaint assigned case number 08cv2196. During the filing process, I made a duplicate payment. I would like to request a refund for the filing fee which I submitted without an attached complaint. So I would appreciate a refund for receipt number 2703239. Please contact myself or my law clerk Brad Thomson if you have any questions. Thank you.

                              Sincerely,

                              Ben Elson