AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

COLLETTE STAMPS, and NICHOL
STAMPS, ANTHONY SINGLETON, JR.
and JANICESCA LAURA by their mother
COLLETTE STAMPS, and WALTER
HOPKINS
V.
Chicago Police Officers John Does 1-8

and the CITY OF CHICAGO

CASE NUMBER:    08 cv 2196

ASSIGNED JUDGE:  JUDGE LIENENWEBER

DESIGNATED    MAGISTRATE JUDGE COX
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Chicago
121 N. LaSalle
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622

an answer to the complaint which is herewith served upon you,            20            days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**April 21, 2008**

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

|  |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5.6.08 |
| NAME OF SERVER *(PRINT)* BRAD THOMSON | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Clerk of City of Chicago Nancy Nieminki on 5.6.08

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5.6.08
_____
Date

_____
*Signature of Server*

1180 N. Milwaukee
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.