IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLLETTE STAMPS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 2196 |
| | ) | |
| v. | ) | |
| | ) | Judge Lienenweber |
| CHICAGO POLICE OFFICERS JOHN DOES 1-8, and the CITY OF CHICAGO, | ) ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

**CITY OF CHICAGO'S UNOPPOSED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant an extension of time up to and including July 10, 2008 in which to answer or otherwise plead to Plaintiff's Complaint at Law.  In support of this motion, the City states as follows:

1.     On April 17, 2008, this action was filed containing claims brought pursuant to 42 U.C.S. § 1983 alleging violations of Plaintiffs' constitutional rights.

2.     On June 19, 2008, undersigned counsel for the City, Ashley C. Kosztya, filed her appearance.

3.     Undersigned counsel became aware that the City's answer or other pleading to the Plaintiff's Complaint was due at the end of May.

5.     As undersigned defense counsel has only recently been assigned to defend this case, she now requests additional time to answer as she must examine the file, confer with her client and draft an answer to Plaintiff's Complaint.

6.     Undersigned counsel has conferred with Plaintiff's counsel, Mr. Ben H. Elson,

who has no objection to this request.

7. This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that it be given until July 10, 2008 to answer or otherwise plead to Plaintiff's Complaint at Law..

                                          Respectfully submitted,

                                          MARA S. GEORGES
                                          CORPORATION COUNSEL

BY:   /s/ Ashley C. Kosztya
         ASHLEY C. KOSZTYA
         Assistant Corporation Counsel
         Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6922
Attorney No. 6274884