IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLLETTE STAMPS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 2196 |
| | ) | |
| v. | ) | |
| | ) | Judge Lienenweber |
| CHICAGO POLICE OFFICERS JOHN | ) | |
| DOES 1-8, and the CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Cox |
| Defendants. | ) | |

<u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lienenweber, or before such other Judge sitting in his place or stead, on the 26th day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 19th day of June, 2008.

                                                          MARA S. GEORGES
                                                          CORPORATION COUNSEL
                                                          CITY OF CHICAGO

                              BY:     **/s/ Ashley C. Kosztya**
                                                          ASHLEY C. KOSZTYA
                                                          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 19th day of June, 2008.

                                                          **/s/ Ashley C. Kosztya**
                                                          ASHLEY C. KOSZTYA