IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COLLETTE STAMPS, and NICHOL STAMPS,)** <br> **ANTHONY SINGLETON JR., and** ) <br> **JANICESEA LAURA by their mother,** ) <br> **COLLETTE STAMPS and WALTER** ) <br> **HOPKINS,** ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> **Chicago Police Officers JOHN DOES 1-8** ) <br> **and the CITY OF CHICAGO,** ) <br> ) <br> Defendants. ) | No. 08 C 2196 <br><br> Judge Leinenweber <br><br> Magistrate Judge Cox |

NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 11th day of July, 2008.

             MARA S. GEORGES
             CORPORATION COUNSEL
             CITY OF CHICAGO

      BY:  /s/ Ashley C. Kosztya
          ASHLEY C. KOSZTYA
          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922

CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 11th day of July, 2008.

             /s/ Ashley C. Kosztya
             ASHLEY C. KOSZTYA